UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARELIOUS REED,

    Plaintiff,

vs.                              CASE NO. 05-CV-70243-DT
                                  HON. LAWRENCE P. ZATKOFF,

COMMISSIONER OF
SOCIAL SECURITY

    Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

        Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Whalen's Report and Recommendation of November 15, 2005, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.

        After a thorough review of the court file, the respective parties' motions and the Report and Recommendation, and noting that no timely objections have been filed, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

        Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED. Accordingly, this case is hereby DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 19, 2005.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290